IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MCWHINNEY REAL ESTATE SERVICES, INC., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| GRAYSTREET PARTNERS, GRAYSTREET 1600 BROADWAY, LLC, GRAYSTREET 1706 BROADWAY, LP, GRAYSTREET BROADWAY, LP, GRAYSTREET ACQUISITIONS, LLC, GRAYSTREET/KEM EXCHANGE, LLC, and KEM TEXAS, LTD, | § § § § § § § § § | Civil Action No. 5:21-cv-00490 |
| *Defendant.* | § | |

## NOTICE OF DISMISSAL

Plaintiff McWhinney Real Estate Services, Inc. by and through its respective undersigned attorney, hereby **GIVES NOTICE** that the above-captioned action, and all claims asserted against Defendants GrayStreet Partners, GrayStreet 1600 Broadway, LLC, GrayStreet 1706 Broadway, LLC, GrayStreet Broadway, L.P., GrayStreet Acquisitions, LLC, GrayStreet/KEM Exchanges, LLC and KEM Texas, Ltd. (collectively, the "Parties"), in the action, be dismissed with prejudice and on the merits, with each party bearing its own costs of litigation.

Defendants have not filed an answer or motion for summary judgment. Accordingly, Rule 41(a)(1)(A)(i) permits Plaintiff to dismiss its claims against Defendants by submitting this notice of Dismissal.

Respectfully submitted, this the13th day of July 2021.

**CONDON TOBIN SLADEK THORNTON & NERENBERG PLLC**

*/s/Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on July 13, 2021 I filed the foregoing document through the Court's CM/ECF filing system, which satisfies service requirements under FED. R. CIV. P. 5(b)(2)(E).

*/s/Aaron Z. Tobin*
Aaron Z. Tobin