**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MCWHINNEY REAL ESTATE SERVICES, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | **CIVIL ACTION NO. SA-21-CA-490-FB** |
| **GRAYSTREET PARTNERS;** **GRAYSTREET 1600 BROADWAY, LLC;** **GRAYSTREET 1706 BROADWAY, LP;** **GRAYSTREET BROADWAY, LP;** **GRAYSTREET ACQUISITIONS, LLC;** **GRAYSTREET/KEM EXCHANGE, LLC;** **and KEM TEXAS, LTD.,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Notice of Dismissal (docket no. 4) filed by the plaintiff on July 13, 2021. Plaintiff stipulates pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above captioned case is dismissed with prejudice and on the merits, with each party to bear its own fees and expenses and without award of costs to either party. Although a dismissal pursuant to Rule 41(a)(1)(A)(i) allows the plaintiff to dismiss an action voluntarily without a court order when the defendants have not filed an answer or motion for summary judgment, plaintiff has requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Notice of Dismissal (docket no. 4) signed by the plaintiff and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims brought by Plaintiff McWhinney Real Estate, Inc. against Defendants GrayStreet Partners; GrayStreet 1600 Broadway, LLC; GrayStreet 1706 Broadway, LLC; GrayStreet Broadway, L.P.; GrayStreet Acquisitions, LLC; GrayStreet/KEM Exchange, LLC; and KEM Texas,

Ltd. are DISMISSED WITH PREJUDICE to refiling, with each party to bear its own fees and expenses and without award of costs to either party.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 14th day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE